Evelyn D. Latse, Esq.
Attorney ID No. 046712006
76 South Orange Ave., Ste. LL5
South Orange, NJ 07079
Phone: (973) 761-1624
Fax: (800) 807-2701
Attorney for Debtor Regina L. Nix

| | |
|---|---|
| IN RE:<br><br>Regina L. Nix<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO. 17-15552-JKS<br><br>NOTICE OF MOTION FOR ENTRY OF AN ORDER ALLOWING 341(A) MEETING TO BE CONDUCTED PURSUANT TO A POWER OF ATTORNEY<br><br>Hearing Date: July 13, 2017 |

TO:  Marie-Ann Greenberg, Esq.                    U.S. Trustee's Office
     Chapter 7 Trustee                            One Newark Center
     30 Two Bridges Rd                            Suite 2100
     Suite 330                                    Newark, NJ 07102
     Fairfield, NJ 07004

SIRS:

PLEASE TAKE NOTICE, that on the 13th day of July, at 11:00 a.m. in the forenoon or as soon thereafter as Counsel may be heard, the undersigned Attorney for the Debtor shall move before the Honorable John K. Sherwood, at the United States Bankruptcy Court, Martin Luther King, Jr, Federal Building, 50 Walnut Street, 3rd Floor, Newark, New Jersey, for entry of an Order allowing the 341(a) Hearing in this matter to be conducted of the debtor pursuant to a power of attorney, held by Kimberly Nix in behalf of the debtor.

In support of this application, the moving party shall rely upon the annexed Certification submitted herewith.

Pursuant to Local Rule 3 of Bankruptcy Practice, this Motion shall be deemed uncontested unless responding papers are filed with the Clerk of the United Bankruptcy Court, and serve upon the moving party seven (7) days in advance of the scheduled Hearing date stating with particularity the basis of the opposition.  Unless no reply to the contrary, Motions deemed uncontested will be decided on the moving papers and no appearance will be required by the moving party.

A proposed form of Order is annexed hereto.

Dated:  June 14, 2017

_____
Evelyn D. Latse, Esq.

Evelyn D. Latse, Esq.
Attorney ID No. 046712006
76 South Orange Ave., Ste. LL5
South Orange, NJ 07079
Phone: (973) 761-1624
Fax: (800) 807-2701
Attorney for Debtor Regina L. Nix

| | |
|---|---|
| IN RE:<br><br>Regina L. Nix<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO. 17-15552-JKS<br><br>CERTIFICATION<br><br>Hearing Date: July 13, 2017 |

Evelyn D. Latse, of full age, hereby certifies as follows:

1. I am an attorney at law in the State of New Jersey and represent the Debtor, Regina L. Nix, in connection with her bankruptcy proceedings.

2. The 341 hearing of Regina L. Nix was previously scheduled for May 2, 2017.

3. This Debtor is 81 years old and is not able to attend due to the fact that she suffers from dementia. Due to the Debtor's ill health, Power of Attorney was granted to the Debtor's daughter, Kimberly Nix. A copy of which is attached hereto as Exhibit "A".

4. I respectfully request that the Debtor's daughter Regina Nix be permitted to attend the 341 (a) hearing on her mother's behalf, so that the Debtor can proceed with her bankruptcy petition.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 14, 2017

_____
Evelyn D. Latse, Esq.

Evelyn D. Latse, Esq.
Attorney ID No. 046712006
76 South Orange Ave., Ste. LL5
South Orange, NJ 07079
Phone: (973) 761-1624
Fax: (800) 807-2701
Attorney for Debtor Regina L. Nix

| | |
|---|---|
| IN RE:<br><br>Regina L. Nix<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>CASE NO. 17-15552-JKS<br><br>ORDER ALLOWING 341(A) HEARING TO BE CONDUCTED OF THE DEBTOR PURSUANT TO A POWER OF ATTORNEY<br><br>Hearing Date: July 13, 2017 |

The relief set forth on the following page(s), numbered two (2) is hereby **ORDERED**.

DEBTOR:             Regina L. Nix

CASE NO.:           17-15552

CAPTION OF ORDER:   ORDER ALLOWING 341(A) HEARING TO BE CONDUCTED OF THE DEBTOR PURSUANT TO A POWER OF ATTORNEY

---

THIS MATTER being opened to the Court by Evelyn D. Latse, Esq., Attorney for the Debtor, coming before this Court on the return date of Notice of Motion for the Order allowing 341(a) hearing to be conducted of the debtor pursuant to a power of attorney, and the within parties having been given notice, and good cause being shown for the entry of this order; it is

ORDERED that the 341(a) hearing be conducted of the debtor pursuant to the power of attorney held by Kimberly Nix.

-2-